IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KEITH JOHANSEN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D21-2799
LT Case No. 2018-CF-426

_____/

Opinion filed April 6, 2023

Appeal from the Circuit Court
for Flagler County,
Christopher France, Judge.

Valarie Linnen, of Valarie Linnen,
Attorney at Law, Jacksonville, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

In this <u>Anders</u>[1] appeal, we affirm Keith Johansen's judgment and sentence with one exception. The trial court erred in assessing investigative costs under section 938.27(1), Florida Statutes (2021), in the absence of a request from the State. <u>See</u> <u>Richards v. State</u>, 288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . ."). We remand for the trial court to enter an amended judgment without including these investigative costs. <u>See</u> <u>Skinkle v. State</u>, 338 So. 3d 1099, 1100 (Fla. 5th DCA 2022). In all other respects, we affirm.

AFFIRMED; REMANDED with directions.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967).